FIFTH DEPARTMENT, JANUARY TERM, 1885.

etc. — Judgment and conviction affirmed and proceedings remitted to the Court of Sessions of Chautauqua county. Opinion by Bradley, J.; Barker, J., not present.

Abram J. Vrooman, Respondent, v. Andrew B. Smith, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Samuel L. Jones, Respondent, v. Elizabeth W. Dusenberre, Executrix, etc., Appellant. — Judgment and order reversed and new trial granted, with costs to abide the event. Opinion by Barker, J.

Edward P. Stuart, as Trustee, Appellant, v. Thomas J. Patterson and others, Respondents. — Reargument ordered.

Simon Marshall, Respondent, v. The Rochester Printing Company, Appellant. — Judgment and order affirmed on the opinion of Rumsey, J.

The Mutual Life Insurance Company of New York, Appellant, v. Sarah E. Shipman, Respondent — Judgment affirmed, with costs. Opinion by Haight, J.; Angle, J., not sitting.

John B. Howell, Appellant, v. Anna H. Manwaring, Executrix, etc., Respondent. — Judgment reversed and new trial ordered, with costs to abide the event. Opinion by Angle, J.

Arba Briggs, Appellant, v. John Langford and Austin Heath, Respondents. — Judgment affirmed, with costs. Opinion by Childs, J.

Matthew J. McFusker, Respondent, v. John Carlson, Appellant — Judgment of the County Court reversed and that of the justice affirmed. Opinion by Haight, J.

J. Daniel Ackerman and others, Appellants, v. Charles C. Deude, Respondent. — Order affirmed, with ten dollars costs and disbursements, on the opinion of Daniels, J., at Special Term.

Ella A. Sabin, Appellant, v. The Grand Lodge of A. O. U. W., Respondent.

Andrew S. Phinney and others, Appellants, v. The Same. — Order reversed, and all proceedings in the action of *Phinney* v. *The Grand Lodge* are stayed until the determination of the action of *Sabin* v. *The Grand Lodge and Phinney*, or until the further order of the court, on condition that the grand lodge, within thirty days after notice of the entry of the order herein, pay into the treasury of Steuben county $2,000, and interest thereon from October 1, 1883, to the date of such deposit, to the credit of both actions, unless the money has been heretofore deposited under the order appealed from, in which case it may stand as a deposit under this order; ten dollars costs and disbursements to Ella A. Sabin. Opinion by Angle, J.

Orrin Smith, Respondent, v. John Nelson and others, Appellants. — Judgment affirmed. Opinion by Angle, J.

Salie Fankel, Respondent, v. Ferdinand Hays, Appellant. — Order affirmed, with ten dollars costs and disbursements on the opinion of Rumsey, J., delivered at Special Term.

Yette Thalmeyer, Respondent, v. Ferdinand Hays, Appellant. — Order affirmed, with ten dollars costs and disbursements.

John E. Saal and others, Appellants, v. David Abeles, Respondent. — Judgment affirmed. Opinion by Childs, J.

Reuben R. Price, Respondent, v. William J. Fowler, Appellant. — Judgment reversed on a question of fact, and a new trial ordered before another referee, costs to abide the event. Opinion by Bradley, J.

Albert Dimock and others, Respondents, v. Samuel E. Haskins, Appellant. — Judgment of the County Court and that of the justice reversed. Opinion by Childs, J.

Gotlieb F. Bauer, Plaintiff, v. The New York, Lake Erie and Western Railroad Company, Defendant. — Motion for a new trial denied, and judgment ordered for the defendant on the nonsuit. Opinion by Childs, J.; Bradley, J., not sitting.

Florence McPherson, Respondent, v. Patrick Rollins and others, Appellants. — Judgment affirmed, with costs, on the opinion of the referee

The People of the State of New York v. The Mutual Benefit Associates, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Childs, J.

The Discount and Deposit Bank of Clarion, Plaintiff, v. Samuel Oosterhoudt, Defendant. — Motion for new trial denied and judgment on the verdict ordered. Opinion by Bradley, J.; Haight, J., not sitting.

Henry C. Van Arsdale and others, Respondents, v. William Perry, Appellant. — Judgment affirmed, with costs. Opinion by Childs, J.

James F Childs, Respondent, v. George C. Gordon, Appellant. — Judgment reversed and new trial granted before another referee, with costs to abide the event.

Timothy W. Gooding, Survivor, etc., Appellant, v. George Richards and others, Respondents. — Judgment affirmed, with costs. Opinion by Bradley, J.

Ira P. Bennett, as Receiver, etc., Appellant, v. William W. Bartlett, Respondent. — Judgment affirmed. Opinion by Angle, J.

William Chappell, Plaintiff, v. The Rochester and Pittsburgh Railroad Company, Defendant. — Motion for new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Bradley, J.

Elias A. Mead, Respondent, v. Charles E. Parker, Appellant. — Judgment and order reversed and a new trial granted, costs to abide the event. Opinion by Bradley, J.

Abner P. Adams, Respondent, v. George P. Langmade, Appellant. — Order appealed from reversed and taxation of costs set aside, and costs in the County Court awarded to the appellant, with ten dollars costs of this appeal and disbursements. Opinion by Barker, J.

James Woodmansee, Appellant, v. John Kennicutt, Respondent. — Judgment affirmed on the opinion of the county judge. (*Richardson* v. *Northrup*, 66 Barb., 85; *Hoyle* v. *The New York Central*, 28 Hun, 363.) *Held*, that it does not appear that the justice set off the costs of the judgment against the defendant, as against the costs in the judgment, in favor of the other defendant. The words "two dollars and twelve cents in favor of plaintiff" bear no such construction. They may mean the balance going to the plaintiff after the justice has deducted his fees.

Andrew J. Helmer, Appellant, v. George Green and others, Respondents. Order affirmed, with ten dollars costs and disbursements.

Frank Van Lone, Respondent, v. Nathan Scribner, Appellant — Judgment affirmed Opinion by Haight, J.

Hannah M. Woodard, as Administratrix, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment affirmed. Opinion by Haight, J.; Bradley, J., not sitting.

Lauren Olmstead, Respondent, v. Thomas Read, as Sheriff, etc., Appellant. — Judgment affirmed. Opinion by Haight, J.

Charles E. Tomion, Respondent, v. James H. Holton, Appellant. — Judgment affirmed. Opinion by Haight, J.

Mary A. Bragley, as Administratrix, etc, Appellant, v. John Dow, Respondent. — Judgment and order affirmed. Opinion by Haight, J.

The Board of Education of the Union Free School District No. 1 of Olean v. John King and others. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

Hiram C Pettibone, as Receiver, etc., Appellant, v. William E. Drakeford, Respondent. — Order affirmed. Opinion by Childs, J.